IRMA JACKSON, Individually and as Administratrix of the Estate of Ross JACKSON, Deceased, et al., Appellants, v. LILLIE M. HARDY, Respondent.—

Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.